IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | |
|---|---|
| **GUSTAVO ADOLFO RODRIGUEZ COTT** | **CASE NO. 10-09533(SEK)** |
| Debtor | CHAPTER 13 |
| **SOPRAMCO CV9 CFL, LLC** | |
| Movant | INDEX |
| v. | |
| **GUSTAVO ADOLFO RODRIGUEZ COTT; ALEJANDRO OLIVERAS RIVERA, TRUSTEE** | |
| Respondents | |

## MOTION FOR ENTRY OF ORDER BY CONSENT

TO THE HONORABLE COURT:

COMES NOW Movant **SOPRAMCO CV9 CFL, LLC ("SOPRAMCO"),** through its undersigned counsel, and very respectfully alleges, states and prays:

I.  On June 9, 2011 (Docket No. 66), Sopramco filed a motion for relief from stay regarding a loan on Debtor's residence for lack of post-petition payments or adequate protection.

2.  On June 21, 2011 (Docket No. 71), Debtor requested that he be granted **30 days to cure all arrears**.

3.  Sopramco consents to Debtor's request.

4.  It is requested that counsel be excused from appearing at the preliminary

hearing scheduled for June 24, 2011.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order granting Debtor until July 21, 2011 to cure all post-petition arrears, or the stay shall be automatically lifted.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties who have made an electronic appearance herein.

San Juan, Puerto Rico, this 22nd day of June, 2011.

s/SERGIO A. RAMIREZ DE ARELLANO
SERGIO A. RAMIREZ DE ARELLANO
Attorney for SOPRAMCO
Banco Popular Center, Suite 1133
209 Muñoz Rivera Ave.
San Juan, PR 00918-1009
Telephone Number: (787) 765-2988
Facsimile Number: (787) 765-2973
USDC #126804
sramirez@sarlaw.com